UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIS,              ) | CIV-F-04-6542 AWI LJO |
|         Plaintiff,       ) | ORDER VACATING APRIL 4, 2005 ORDER TO SHOW CAUSE |
|    v.                     ) | |
| JOSEPH MULLINS, et al.,   ) | |
|         Defendants.       ) | |

On April 4, 1005, the court issued an Order to Show Cause why sanctions should not be imposed for Plaintiff's counsel's failure to comply with the electronic filing rules of the Eastern District of California. Doc. 31. Plaintiff's counsel was given 11 days to respond. On April 9, 2005, Plaintiff's counsel filed a response detailing his difficulties in filing electronically and the actions he has taken to correct the problems. Doc. 32. While the court finds that sanctions are not appropriate at this time, Plaintiff's counsel is warned that all future filings must be made in accordance with the local rules.

IT IS SO ORDERED.

Dated:    May 5, 2005              /s/ Anthony W. Ishii
h7ehd6                             UNITED STATES DISTRICT JUDGE

1