IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIS, | CASE NO. CV-F-04-6542 AWI LJO |
| Plaintiff, | **ORDER TO RESET MOTION HEARING DATES** |
| vs. | |
| JOSEPH MULLINS, et al., | |
| Defendants. / | |

     This Court conducted a June 8, 2005 status conference. Plaintiff Gary Willis appeared by telephone by counsel Stephen Yagman, Yagman & Yagman & Reichmann. Defendant Diane Mora appeared by telephone by California Deputy Attorney General John E. Rittmayer. Defendants City of Bakersfield, Joseph Mullins and Brian Silvius appeared by telephone by counsel Ovidio Oviedo, Jr., Maderosian, Runyon, Cercone, Lehman & Armo. On the basis of good cause, this Court:

1. RESETS the June 17, 2005 hearing on defendants Joseph Mullins and Brian Silvius' motion to set aside default to June 24, 2005 at 9 a.m. in Department 6 (LJO) to be heard jointly with defendant Diane Mora's motion to set aside default;

2. RESETS the June 20, 2005 hearing on plaintiff's motions to strike answers and for summary judgment to July 11, 2005 at 1:30 p.m. in Department 3 (AWI); and

3. SETS a scheduling conference for July 26, 2005 at 8:30 a.m. in Department 6 (LJO). The parties are encouraged to appear at the mandatory scheduling conference by

1  telephone by arranging a one-line conference call and adding the Court at (559) 498-
2  7322; and
3  4.   DIRECTS the parties, no later than July 19, 2005, to file a Joint Scheduling Report and
4  to e-mail to bmcauliffe@caed.uscourts.gov  a copy of the Joint Scheduling Report as an
5  attachment formatted in WordPerfect.
6  IT IS SO ORDERED.
7  **Dated:     June 8, 2005**                            /s/ Lawrence J. O'Neill
   66h44d                                                   UNITED STATES MAGISTRATE JUDGE