1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

9

**GARY WILLIS,**                                    )         **CIV-F-04-6542 AWI LJO**
                                                   )
10                          **Plaintiff,**          )         **ORDER MOVING HEARING DATE**
                                                   )         **OF PLAINTIFF'S MOTION FOR**
11        **v.**                                    )         **SUMMARY ADJUDICATION TO**
                                                   )         **AUGUST 1, 2005**
12        **JOSEPH MULLINS, et al.,**               )
                                                   )         **ORDER TAKING PLAINTIFF'S**
13                          **Defendants.**         )         **MOTIONS TO STRIKE**
                                                   )         **DEFENDANTS' ANSWERS UNDER**
14        _____  )         **SUBMISSION**

15
16
17            Plaintiff has three pending motions with oral argument scheduled for July 11, 2005.  Two

18    separate motions seek to strike the answers of Defendant Mora and Defendants Mullins and

19    Silvius.  These motions will be taken under submission as of July 11, 2005.  Plaintiff's other

20    motion seeks summary adjudication against all Defendants.  The crux of the summary

21    adjudication motion is the collateral estoppel value of the California Supreme Court's opinion in

22    People v. Willis.  Plaintiff has not addressed the issue of privity between the criminal prosecution

23    and the Defendants.  All parties are given until 4:00 P.M. July 25, 2005 to submit additional

24    briefing on the issue.  Oral argument is rescheduled for 1:30 P.M. August 1, 2005.

25
26    IT IS SO ORDERED.

27    **Dated:   July 6, 2005**                   _____/s/ Anthony W. Ishii_____
      0m8i78                                      UNITED STATES DISTRICT JUDGE
28

**1**