IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GARY WILLIS,**<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**JOSEPH MULLINS et al.,**<br><br>　　　　　　　　　Defendants. | CASE NO. CIV F-04-6542-AWI LJO<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Conference Date: October 20, 2005<br>Time: 8:15 a.m.<br>Courtroom: 6<br>Judge: The Honorable Lawrence J. O'Neill |

　　The Court having read the Defendant Mora's Ex Parte Application For Continuance of Scheduling Conference, and good cause appearing

　　IT IS HEREBY ORDERED that the Scheduling Conference now set on September 20, 2005 be continued to October 20, 2005 at <u>8:15</u> a.m.

IT IS SO ORDERED.

**Dated:   September 7, 2005**　　　　　　　　<u>　/s/ Lawrence J. O'Neill　</u>
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Proposed Order Continuing Scheduling Conference

1