**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY WILLIS,<br><br>             Plaintiff,<br><br>     vs.<br><br>JOSEPH MULLINS, et al.,<br><br>             Defendant.<br>_____/ | CASE NO. CV-F-04-6542 AWI LJO<br><br>**ORDER ON EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME** |

The Court has received and reviewed defendant's *Ex Parte* Application for An Order Shortening Time for service and hearing of defendant's motion for a protective order.

For good cause shown, the *ex parte* application is GRANTED. The Court sets a hearing on defendant's Motion for a Protective Order for **February 8, 2006** at **9:00 a.m.** in Department 8 of this Court. Counsel may appear by telephone by arranging a one-line conference call and telephoning the Court at (559) 499-5680.

A copy of this order and the moving papers shall be filed, electronically according to this Court's rules regarding electronic case management/filing system, and served by facsimile or personal service on all parties or counsel on or before January 26, 2006 at 5:00 p.m.

Any opposition to the motion is to be filed, electronically according to this Court's rules regarding electronic case management/filing system, and served by facsimile or personal service on all

/////

/////

/////

1 counsel or parties on or before February 3, 2006, at 3:00 p.m.  Any reply shall be at oral argument.

2      Any depositions which are the subject of the motion for protective order are STAYED pending

3 resolution of the motion.

4 IT IS SO ORDERED.

5 **Dated:   January 25, 2006**              /s/ Lawrence J. O'Neill
  b9ed48                                            UNITED STATES MAGISTRATE JUDGE