IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIS, | CASE NO. CV-F-04-6542 AWI LJO |
| Plaintiff, | **ORDER ON SERVICE OF PROCESS** |
| vs. | |
| JOSEPH MULLINS, et al., | |
| Defendant. | |

This Court conducted a January 24, 2006 scheduling conference.

At the conference, plaintiff acknowledged that defendant Hood has not yet been served with the summons and complaint and that further attempts for service will be pursued. Accordingly, the Court ORDERS if service on defendant Hood is not complete within 20 days of the date of this order, plaintiff shall immediately thereafter move the Court to accomplish service of process by publication.

IT IS SO ORDERED.

**Dated:   January 24, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                            UNITED STATES MAGISTRATE JUDGE

1