UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIS,               ) | CIV-F-04-6542 AWI LJO |
|            Plaintiff,   ) | ORDER VACATING HEARING DATE OF FEBRUARY 13, 2006 AND TAKING MATTER UNDER SUBMISSION |
| v.                         ) | |
| JOSEPH MULLINS, et al.,    ) | |
|            Defendants.  ) | |

    Plaintiff Gary Willis has noticed for hearing a motion for interlocutory appellate certification pursuant to 28 U.S.C. § 1292(b). Doc. 86. The hearing was scheduled for 1:30 PM on February 13, 2006. Defendant Diane Mora has filed an opposition (Doc. 87) while the Defendants associated with the City of Bakersfield have not filed a response in this matter. The court has reviewed the motion and has determined that the matter is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 13, 2006 is VACATED, and no party shall appear at that time. As of February 13, 2006, the court will take the matter under submission and will thereafter issue its decision.

    Plaintiff has recently filed a "Notice of Continuance of his Motion for Section 1292(b) Certification" seeking to continue the hearing to March 6, 2006. Doc. 100. That request to move the hearing date is denied as moot.

1

1  IT IS SO ORDERED.

2  Dated:     February 7, 2006                    /s/ Anthony W. Ishii
   0m8i78                                   UNITED STATES DISTRICT JUDGE