IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIS, | CASE NO. CV-F-04-6542 AWI LJO |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE RE SERVICE OF PROCESS** |
| vs. | Date: March 21, 2006<br>Time: 8:15 a.m. |
| JOSEPH MULLINS, et al., | Dept.: 8 (LJO) |
| Defendant. / | |

This Court conducted a January 24, 2006 scheduling conference. At the conference, plaintiff acknowledged that defendant Hood had not yet been served with the summons and complaint and that further attempts for service will be pursued. The Court thereafter ordered plaintiff to complete service.

Plaintiff now indicates that service on defendant Hood has been completed, yet the proof of service has not been filed with the Court. Accordingly, this Court sets a status conference for March 21, 2006 at 8:15 a.m. in Department 8 of this Court. If the proof of service is filed prior to the status conference, the conference will be vacated.

IT IS SO ORDERED.

**Dated:   March 1, 2006**              /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE

1