# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIS, | ) CIV-F-04-6542 AWI LJO |
| | ) |
| Plaintiff, | ) ORDER VACATING HEARING |
| | ) DATE OF MARCH 6, 2006 AND |
| v. | ) TAKING MATTER UNDER |
| | ) SUBMISSION |
| JOSEPH MULLINS, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff Willis has noticed for hearing a motion (1) to reinstate his civil RICO claim and (2) to strike Defendants' qualified immunity affirmative defenses. Doc. 99.  The hearing was scheduled for 1:30 PM on March 6, 2006.  Both Defendant Mora and the Bakersfield Defendants have filed oppositions. Docs. 105 and 106.  Plaintiff has filed replies to both oppositions. Docs. 107 and 108.  The court has reviewed the motion and has determined that the matter is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 6, 2006 is VACATED, and no party shall appear at that time.  As of March 6, 2006, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    **March 1, 2006**                        _____/s/ Anthony W. Ishii_____
0m8i78                                             UNITED STATES DISTRICT JUDGE

1