IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIS,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH MULLINS, et al.,<br><br>        Defendant. | CASE NO. CV-F-04-6542 AWI LJO<br><br>**ORDER ON EX PARTE APPLICATION TO VACATE THE SCHEDULING ORDER** |

    The Court has received and reviewed defendant's *Ex Parte* Application to vacate the scheduling order and stay the case.

    For good cause shown, the Court shortens time for hearing on the motion to vacate the scheduling order and stay the action. The Court SETS a hearing for **August 23, 2006** at **9:00 a.m.** in Department 8 of this Court. Counsel may appear by telephone by arranging a one-line conference call and telephoning the Court at (559) 499-5680.

    Any opposition to the motion is to be filed, electronically according to this Court's rules regarding electronic case management/filing system, and served by facsimile or personal service on all counsel or parties on or before August 18, 2006 at 3:00 p.m. Any reply shall be at oral argument.

    IT IS SO ORDERED.

**Dated:   August 14, 2006**           /s/ Lawrence J. O'Neill
66h44d                                 UNITED STATES MAGISTRATE JUDGE