IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH MULLINS, et al.,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV-F-04-6542 AWI LJO<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON SHERIFF OF MOHAVE COUNTY, ARIZONA BY CERTIFIED MAIL** |

　　　The Clerk's Office shall serve a certified copy of the order entitled "ORDER TO SHERIFF OF MOHAVE COUNTY ARIZONA TO PERMIT THE DEPOSITION OF PRISONER GARY WILLIS ON SEPTEMBER 1, 2006 AT 10:00 A.M." by certified mail on the Sheriff of Mohave County, Arizona, Tom Sheahan, at the address of 600 West Beale Street, Kingman, AZ 86401.

IT IS SO ORDERED.

**Dated:   August 23, 2006**　　　　　　　　　／s／ **Lawrence J. O'Neill**
b9ed48　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1