1
2
3
4
5
6
7           **IN THE UNITED STATES DISTRICT COURT**

8          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 GARY WILLIS,                       CASE NO. CV-F-04-6542 AWI LJO

11          Plaintiff,           ORDER TO SHERIFF OF MOHAVE COUNTY ARIZONA TO PERMIT THE DEPOSITION

12     vs.                  OF PRISONER GARY WILLIS ON SEPTEMBER 1, 2006 AT 10:00 A.M.

13 JOSEPH MULLINS, et al.,

14          Defendant.

15 _____/

16 **TO SHERIFF TOM SHEAHAN OF THE MOHAVE COUNTY, ARIZONA SHERIFF'S DEPARTMENT**

17

18     YOU ARE HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 30(a), to

19 deliver plaintiff GARY WILLIS, booking number 142129, to a room located within the County Jail,

20 located at 415 Pine St., Kingman, Arizona, for purposes of a deposition of GARY WILLIS on

21 September 1, 2006 commencing at 10:00 a.m.  The deposition will be concluded the same day.

22     YOU ARE ALSO ORDERED to permit the deposition to take place in a room where the

23 attorneys for the parties may have access to a telephone.  The telephone's sole use would be in the

24 event a discovery dispute arises during the deposition, resulting in the need to contact this Court.

25 IT IS SO ORDERED.

26 **Dated:   August 23, 2006**         **/s/ Lawrence J. O'Neill**
    b9ed48               UNITED STATES MAGISTRATE JUDGE

27

28