1
2
3
4
5
6
7                    **IN THE UNITED STATES DISTRICT COURT**

8                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   GARY WILLIS,                              CASE NO. CV-F-04-6542 AWI LJO

11              Plaintiff,                     **ORDER ON DEFENDANT'S MOTION**
                                               **TO VACATE THE SCHEDULING ORDER**
12        vs.

13   JOSEPH MULLINS, et al.,

14              Defendant.
     _____/
15

16        In this 42 U.S.C. § 1983 action alleging unlawful search and arrest, defendant Officer Mora seeks

17   to vacate the dates set in the scheduling order subject to their being reset following the disposition of

18   pending criminal proceedings against Plaintiff in Arizona.  Plaintiff is currently incarcerated in Arizona.

19        On January 25, 2006, the Court issued a scheduling order setting expert disclosure for September

20   1, 2006, Non-expert discovery cut-off for September 6, 2006, among other dates.  Trial is set for Feb.

21   13, 2007. Defendant noticed the deposition of plaintiff for April 26, 2006 in Fresno.  Plaintiff moved

22   for a protective order as to the place of deposition since he was residing in Arizona.  On April 4, 2006,

23   this Court denied the protective order as to the place of the deposition and directed that plaintiff was to

24   be deposed in Fresno.  At that time, the Court was not informed that plaintiff was in custody.

25        Thereafter, defendant moved *ex parte* to have this motion heard in light of the difficulty in

26   obtaining plaintiff's presence is Fresno, in light of his incarceration, and the proximity of the discovery

27   cut-off date.  The Court issued an order shortening time to hear the motion to modify the scheduling

28   order.

1

The motion came on regularly for hearing on August 23, 2006 in Department 8.  Plaintiff Gary Willis ("plaintiff") appeared by telephone by counsel Stephen Yagman.  Defendant Joseph Mullins, Brian Silvius and the City of Bakersfield appeared by counsel Jacob Rivas. Defendant Diane Mora appeared by telephone by counsel James Flynn.  Having considered the papers filed in this matter, as well as the arguments of counsel and the Court's file, the Court issues the following order.

1.   The Court's order (Doc. 120) directing plaintiff's deposition to take place in Fresno, California is VACATED.

2.   The *sua sponte* motion for permission to take the deposition of a prisoner, pursuant to Federal Rule of civil procedure 30(a), is GRANTED.

3.   The deposition of plaintiff Gary Willis will be set without further notice to the parties for September 1, 2006 at 10:00 a.m. in the County of Mohave, Arizona County Jail, located at 415 Pine St., Kingman, Arizona.

4.   At the hearing on this motion, the parties were directed to contact the Court for resolution of disputes which may arise during plaintiff's deposition, especially in light of the expense for counsel to travel to and from  Arizona, and the date of discovery cut-off.

IT IS SO ORDERED.

**Dated:   August 23, 2006**                              _____/s/ Lawrence J. O'Neill_____
b9ed48                                                              UNITED STATES MAGISTRATE JUDGE