UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY WILLIS, | ) | CIV-F-04-6542 AWI LJO |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING |
| | ) | DATE OF NOVEMBER 20, 2006 |
| v. | ) | AND TAKING MATTER UNDER |
| | ) | SUBMISSION |
| JOSEPH MULLINS, et al., | ) | |
| | ) | |
| Defendants. | ) | (Docs. 131, 132, 141, and 142) |

    There have been a variety of motions filed by different Defendants in this case, all set for hearing on November 20, 2006. First, Defendant Bill Hood made a motion to set aside entry of default. Docs. 131 and 132. Second, the City Defendants filed a motion for summary judgment. Doc. 141. Third, Defendant Diane Mora also filed a motion for summary judgment. Doc. 142. Oppositions and replies have been filed. The court has reviewed the papers and has determined that the matter is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 20, 2006 is VACATED, and no party shall appear at that time. As of November 20, 2006, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 16, 2006         /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE

1