# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH MULLINS, et. al.,<br><br>    Defendant. | CIV F 04-6542 AWI GSA<br><br>ORDER DENYING REQUEST FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AS UNNECESSARY<br><br>(Doc. No. 186) |

This Court previously denied Defendants Mullins and Silvius's request for qualified immunity. See Court's Docket Doc. No. 172. Defendants Mullins and Silvius request that this Court certify for interlocutory appeal under 28 U.S.C. § 1292(b) the denial of qualified immunity. Defendants's requested certification is unnecessary. The Ninth Circuit has held:

> A district court's denial of a motion to grant qualified immunity is an appealable final decision within the meaning of 28 U.S.C. § 1291 to the extent that it turns on a question of law. Even where controverted issues of material fact remain, an appellate court may review abstract issues of law relating to qualified immunity, taking the facts in the light most favorable to the plaintiff.

Kwai Fun Wong v. United States INS, 373 F.3d 952, 960 (9th Cir. 2004) (citations omitted). Accordingly, certification under 28 U.S.C. § 1292(b) is unnecessary since Mullins and Silvious may appeal the ruling under 28 U.S.C. § 1291, without the need for certification by this Court.

Accordingly, Defendants Mullins and Silvious's request for 28 U.S.C. § 1292(b) certification is DENIED as unnecessary and without prejudice..

IT IS SO ORDERED.

Dated:   November 20, 2007            /s/ Anthony W. Ishii
                                UNITED STATES DISTRICT JUDGE