1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **GARY WILLIS,** | ) | **CIV-F-04-6542 AWI LJO** |
| | ) | |
| **Plaintiff,** | ) | **ORDER VACATING HEARING** |
| | ) | **DATE OF JUNE 8, 2009 AND** |
| **v.** | ) | **TAKING MATTER UNDER** |
| | ) | **SUBMISSION** |
| **JOSEPH MULLINS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

        Defendants have made a motion to dismiss the case under the fugitive disentitlement doctrine.  Plaintiff opposes the motion.  The court has reviewed the papers and has determined that the matter is suitable for decision without oral argument. See Local Rule 78-230(h).

        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 8, 2009 is VACATED, and no party shall appear at that time.  As of June 8, 2009, the court will take the matter under submission and will thereafter issue its decision.


IT IS SO ORDERED.

**Dated:    June 4, 2009**                    **/s/ Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE

1