UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY WILLIS, | ) | CIV-F-04-6542 AWI GSA |
| | ) | |
| Plaintiff, | ) | ORDER ON AMENDED STIPULATION FOR AN |
| | ) | EXTENSION OF TIME TO FILE |
| v. | ) | OPPOSITIONS TO DEFENDANTS' |
| | ) | MOTIONS FOR SUMMARY |
| JOSEPH MULLINS, et al., | ) | JUDGMENT AND PLAINTIFF'S |
| | ) | MOTION FOR |
| Defendants. | ) | RECONSIDERATION, AND TO |
| | ) | FILE REPLIES ON SAID MOTIONS |

The Court having considered the parties' amended stipulation for an extension of time within which to file oppositions and replies on the motions filed by each of the parties on December 6, 2010, and the Declaration of Marion R. Yagman, and to change the dates previously scheduled for filing oppositions and replies to said motions, as follows:

(1) An extension of time from January 14, 2011 to February 14, 2011 within which plaintiff must to file his oppositions to all defendants' motions for summary judgment;

(2) An extension of time from January 14, 2011 to February 14, 2011 for all defendants to file their oppositions to plaintiff's motion for reconsideration;

(3) An extension of time from February 14, 2011 to March 14, 2011, for all parties to file their replies as to their respective motions;

(4) A change in the hearing date on said motions from February 28, 2011 to April 4, 2011.

**IT IS HEREBY ORDERED** that:

(1)  Plaintiff shall file his oppositions to all defendants' motions for summary judgments by February 14, 2011;

(2)  All defendants shall file their oppositions to plaintiff's motion for reconsideration by February 14, 2011;

(3)  All parties shall file their replies on their respective motions by March 14, 2011;

(4)  The new hearing date on said motions is set for April 4, 2011 at 2:30 p.m.

IT IS SO ORDERED.

Dated:   January 7, 2011                              _____
                                                      CHIEF UNITED STATES DISTRICT JUDGE