UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY WILLIS, | ) | CIV-F-04-6542 AWI GSA |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING DATE OF APRIL 4, 2011 AND TAKING MATTER UNDER SUBMISSION |
| v. | ) | |
| JOSEPH MULLINS, et al., | ) | |
| Defendants. | ) | |

Defendants have made three motions for summary judgment and Plaintiff has made a motion for reconsideration.  All motions are opposed.  The court has reviewed the papers and has determined that the matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 4, 2011 is VACATED, and no party shall appear at that time.  As of April 4, 2011, the court will take the matter under submission and will thereafter issue a decision.

**IT IS SO ORDERED.**

Dated:     March 30, 2011
                                        CHIEF UNITED STATES DISTRICT JUDGE