**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **GARY WILLIS,** | ) | **CIV-F-04-6542 AWI BAM** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER SETTING TRIAL** |
| **v.** | ) | **SCHEDULE** |
| | ) | |
| **JOSEPH MULLINS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

A telephonic trial setting conference was held at 10:00 A.M. on November 15, 2011.

The pretrial conference will be held at 1:30 P.M. on August 21, 2012.  Counsels' presence at this conference is mandatory; the pretrial conference will not be held telephonically. All parties must try to cooperate and submit a unified pretrial statement not later than 4:00 P.M. on August 14, 2012.  If the parties are unable to agree upon the statement, then both Plaintiff and Defendants must file their separate statements not later than 4:00 P.M. on August 7, 2012.

The pretrial confirmation and motions in limine hearing will be held at 1:30 P.M. on October 22, 2012.

Trial in this case is set for Wednesday, November 14, 2012, at 8:30 A.M. in Courtroom 2. IT IS SO ORDERED.

Dated:   November 15, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

1