**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY WILLIS, )<br><br>               Plaintiff, )<br><br>      v. )<br><br>JOSEPH MULLINS, et al., )<br><br>               Defendants. )<br>_____ ) | CIV-F-04-6542 AWI BAM<br><br>**ORDER SETTING TRIAL SCHEDULE** |

A telephonic trial setting conference was held at 10:00 A.M. on November 15, 2011.

The pretrial conference will be held at 1:30 P.M. on August 21, 2012.  Counsels' presence at this conference is mandatory; the pretrial conference will not be held telephonically. All parties must try to cooperate and submit a unified pretrial statement not later than 4:00 P.M. on August 14, 2012.  If the parties are unable to agree upon the statement, then both Plaintiff and Defendants must file their separate statements not later than 4:00 P.M. on August 7, 2012.

The pretrial confirmation and motions in limine hearing will be held at 1:30 P.M. on October 22, 2012.

Trial in this case is set for Wednesday, November 14, 2012, at 8:30 A.M. in Courtroom 2. IT IS SO ORDERED.

Dated:    November 15, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

1