1 MARION R. YAGMAN, SBN #83007
mrygmn@msn.com
2 YAGMAN & REICHMANN
723 Ocean Front Walk
3 Venice Beach, California 90291-3270
(310) 452-3200
4

5 Attorneys for Plaintiff, GARY WILLIS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **GARY WILLIS,** | No. 04-CV-6542-AWI GSA |
| Plaintiff, | **STIPULATION BY ALL PARTIES TO CONTINUE TRIAL DATE AND APRIL 29, 2013 HEARING, AND TO SCHEDULE TELEPHONIC STATUS CONFERENCE IN AUGUST 2013; ORDER** |
| v. | |
| **JOSEPH MULLINS**, *et al.,* | |
| Defendants. | Anthony W. Ishii<br>United States District Judge |

**IT HEREBY IS STIPULATED** by and between the parties to this action, through their respective counsel of record, that for the reasons set forth in the Declaration of Marion R. Yagman in support of plaintiff's *ex parte* application to continue the trial date and the April 29, 2013 hearing date, Doc. 316, the parties hereby agree to continue the trial and hearing dates, and any other pretrial deadlines, until after October 31, 2013. Further, the parties hereby stipulate to schedule a telephonic status conference with the Court for August 5, 2013, at 3:00 p.m., in order to set a new trial date.

1

Respectfully submitted,

YAGMAN & REICHMANN

By /s/ Marion R. Yagman     Dated: April 16, 2013
   MARION R. YAGMAN
Attorneys for Plaintiff GARY WILLIS


MARDEROSIAN, RUNYON, CERCONE & LEHMAN

By /s/ Michael G. Marderosian  (as authorized on April 16, 2013)
   MICHAEL G. MARDERSIAN
Attorneys for Defendants MULLINS and SILVIUS

KAMALA D. HARRIS
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

_____ (as authorized on April 16, 2013)
 JON S. ALLIN
 Deputy Attorney General
 *Attorneys for Defendant Mora*

THERESA A. GOLDNER, COUNTY OF KERN
COUNTY COUNSEL

By /s/ Marshall S. Fontes  (as authorized on April 16, 2013)
   MARSHALL S. FONTES, Deputy
Attorneys for Defendant Bill Hood


IT IS SO ORDERED.

Dated:  April 17, 2013              _____
                                     SENIOR DISTRICT JUDGE

2