UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIS, | ) Case No. 1:04-CV-6542-AWI-BAM |
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| JOSEPH MULLINS, et al., | ) |
| Defendants. | ) |

JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict [Dkt. No. 362].

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendants Joseph Mullins, Brian Silvius, Diane Mora and Bill Hood and against the plaintiff Gary Willis.

IT IS SO ORDERED.

Dated:  May 16, 2014                                 _____
                                                                          SENIOR DISTRICT JUDGE