1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**EASTERN DISTRICT OF CALIFORNIA**

7
8

**GARY WILLIS,**                                    **CASE NO. 1:04-CV-6542 AWI BAM**

9

      **Plaintiff**                          **ORDER RE: APPLICATION FOR A**
                                                **CONTINUANCE OF DUE DATES**

10

    **v.**

11

**JOSEPH MULLINS, et al.,**

12

      **Defendants**

13
14
15

      Plaintiff and Defendants filed motions on March 3, 2017. Docs. 401, 402, and 403.

16

Plaintiff has filed a request to continue the opposition and reply deadlines the three motions from

17

March 24, 2017 and April 7, 2017 to April 28, 2017 and May 15, 2017; Plaintiff notes that

18

Defendants Mullins, Silvius, and Mora have been informed of the request and have indicated no

19

objection. Doc. 405.  There has been no response from Defendant Hood.  The request to continue

20

the filing deadlines is GRANTED.

21
22

IT IS SO ORDERED.

23

Dated:  March 16, 2017                    _____

24

                SENIOR  DISTRICT  JUDGE

25
26
27
28