# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY WILLIS,** | **CASE NO. 1:04-CV-6542 AWI BAM** |
| Plaintiff | **ORDER MOVING PRETRIAL CONFERENCE FROM 10:00 AM TO 2:00 PM ON NOVEMBER 15, 2017** |
| v. | |
| **JOSEPH MULLINS, et al.,** | |
| Defendants | |

Based on plaintiff's ex parte application and defendants' availability at the later time, the pretrial conference is rescheduled for 2:00 PM on Wednesday, November 15, 2017.

IT IS SO ORDERED.

Dated:   November 13, 2017                     _____
                                                                          SENIOR DISTRICT JUDGE