MARION R. YAGMAN (SBN 83007)
mrygmn@msn.com
YAGMAN & REICHMANN
475 Washington Boulevard
Venice Beach, California 90292
(310) 452-3200

Attorneys for Plaintiff, GARY WILLIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **GARY WILLIS**, <br><br> Plaintiff, <br><br> vs. <br><br> **JOSEPH MULLINS**, *et al.*, <br><br> Defendants | No. CV. 1:04-06542-AWI-BAM <br><br> **JOINT STIPULATION TO CONTINUE TRIAL DATE TO MAY 22 OR MAY 29, 2018, AND ALL DATES SET FORTH IN THE PRETRIAL ORDER RELATED TO THE TRIAL DATE, FROM JANUARY 23, 2018, THE CURRENT TRIAL DATE** <br><br> Senior Judge Anthony W. Ishii <br><br> Trial Date: January 23, 2018 |

At the telephonic meeting of all counsel, which took place on December 5, 2017, to pre-mark exhibits as required by the Court's November 16, 2017 Pretrial Order, Doc. 428, all counsel met and conferred regarding the current trial date of January 23, 2018, and the pending knee replacement surgery of defendant Hood's counsel, Marshall S. Fontes. Because Mr. Fontes' surgery now is not scheduled to take place until the end of December 2017 or the first week of January 2018, and recovery time for said surgery is between four to six weeks, he will not be able to try this action on January 23, 2018. Counsel for all parties discussed possible new trial dates and agreed that May 22 or May 29, 2018 were dates on which all counsel were available for the trial. Therefore,

1

**IT HEREBY IS STIPULATED** among all counsel that the January 23, 2018 trial of this matter be continued to either May 22 or May 29, 2018, and that any hearings and pretrial deadlines also be continued to reflect the new trial date.

Respectfully submitted,

Dated: December 6, 2017     **YAGMAN & REICHMANN**

By: s/ Marion R. Yagman
   **MARION R. YAGMAN**
Attorneys for Plaintiff GARY WILLIS

Dated: December 7 , 2017     **MARDEROSIAN & COHEN**

By: s/ Heather S. Cohen
**HEATHER S. COHEN**
Attorneys for Defendants MULLINS
and SILVIUS
(As authorized on December 7, 2017)

Dated: December 7, 2017     **KERN COUNTY COUNSEL'S OFFICE**

By: s/ Marshall Scott Fontes
**MARSHALL SCOTT FONTES**
Deputy County Counsel
Attorneys for Defendant BILL HOOD
(As authorized on December 7, 2017)

Pursuant to Local Rule 131(e), each of the foregoing counsel have authorized submission of the foregoing document on that counsel's behalf, on the date listed below their signatures.

/ / /

/ / /

/ / /

# **ORDER**

**IT HEREBY IS ORDERED** that the January 23, 2018 trial of this matter be continued to May 22, 2018, and that pretrial hearings and deadlines be continued, as follows, and as set forth in the Amended Pretrial Order:

1. Final Witness List: May 17, 2018
2. Trial Briefs:

   Trial Brief: April 23, 2018

   Optional response: May 2, 2018
3. Exhibit Preparation, including delivery of binders to Court

   (Duty to Pre-mark Exhibits meeting held 12/5/2017): May 17, 2018
4. Discovery documents: May 17, 2018
5. Motions In Limine Hearing and Briefing Schedule:

   Motions in Limine: April 9, 2018

   Opposition: April 23, 2018

   Reply: May 2, 2018

   Hearing: May 14, 2018 at 1:30 PM
6. Use of Videotape and Computers: May 17, 2018
7. Proposed Jury Instructions and Verdict Forms: April 23, 2018
8. Voir Dire: May 17, 2018
9. Agreed Summary of the Case: May 17, 2018

IT IS SO ORDERED.

Dated: December 15, 2017

SENIOR DISTRICT JUDGE