# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY WILLIS,** | **CASE NO. 1:04-CV-6542 AWI BAM** |
| Plaintiff | **ORDER CONTINUING TRIAL DATE FROM MAY 22, 2018 TO MARCH 11, 2019** |
| v. | |
| **JOSEPH MULLINS, et al.,** | |
| Defendants | |

The trial in this case is currently set for May 22, 2018. Plaintiff's counsel is scheduled to have medical treatment in the near future and has made a request for a continuance of the trial. Defendants have stipulated to moving the trial date. This is a very old case and past trial dates have been pushed back multiple times. The parties are cautioned that permission to further continue the trial is unlikely.

The May 22, 2018 trial date is continued to March 11, 2019. The pretrial hearings and deadlines are continued as follows:

1. Final Witness List: March 7, 2019

2. Trial Briefs:

Trial Brief: February 4, 2019

Optional response: February 15, 2019

3. Exhibit Preparation, including delivery of binders to Court

    (Duty to Pre-mark Exhibits meeting held 12/5/2017): March 7, 2019

4. Discovery documents: March 7, 2019

5. Motions In Limine Hearing and Briefing Schedule:

Parties have already filed their motions in limine.

Opposition: February 4, 2019

Reply: February 15, 2019

Hearing: February 25, 2019 at 1:30 PM

6. Use of Videotape and Computers: March 7, 2019

7. Proposed Jury Instructions and Verdict Forms: February 4, 2019

8. Voir Dire: March 7, 2019

9: Agreed Summary of the Case: March 7, 2019

IT IS SO ORDERED.

Dated:   April 20, 2018                                   _____
                                                                                        SENIOR  DISTRICT  JUDGE